Núm. 9819.—PUEBLO, apldo. *v.* PINTO, aplte.—C. D. San Juan. rtar armas. Marzo 25, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

POR CUANTO, el único error señalado por el apelante en este re-rso es que la corte inferior erró al apreciar la prueba;

POR CUANTO, examinada la transcripción de evidencia encontramos e la prueba presentada fué contradictoria y que la corte inferior solvió el conflicto dando crédito a la de cargo, y no habiéndose ale-do ni probado que al así hacerlo actuara movida por pasión, pre-icio o parcialidad, procede,

POR TANTO, confirmar, como por la presente se confirma, la sen-ncia apelada que dictó la Corte de Distrito de San Juan con fecha 4 de febrero, 1942.

El Juez Asociado Sr. De Jesús no intervino.